# The United States Court of Federal Claims

**No: 05-1402 T**
March 6, 2006

**JOSEPH KEEFE and MARGUERITE KEEFE,**

***Plaintiffs***,

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant***.

ORDER

The parties filed a joint motion for the suspension of the proceedings in this matter on February 28, 2006. The parties' joint motion is **GRANTED**. Accordingly, proceedings in this matter are **STAYED** pending final resolution of the following matters: *Isler v. United States*, Fed. Cl. No. 01-344 T; *Scuteri v. United States*, Fed. Cl. No. 01-358 T, and *Dismore v. United States*, Fed. Cl. 04-1787 T. Further, either party may file at any time a motion to lift the stay. Additionally, the parties SHALL FILE, within 30 days of final resolution of all of the above cases, a JOINT STATUS REPORT regarding their proposals for resolving this matter.

**IT IS SO ORDERED.**

s/*Lawrence J. Block*

Lawrence J. Block
Judge